**No. P68/64.**—Charles Sadek Import Co., Inc. *v.* United States, protests 66/4878, etc. (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of statuary, sculptures, and/or copies, replicas, or reproductions thereof, valued at not less than $2.50 each, similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 15, 1968

**No. P68/65.**—Oxford International Corp. *v.* United States, protests 64/1353–14045, etc. (Chicago).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hand-operated bicycle air pumps similar in all material respects to those the subject of *Victoria Distributors, Inc.* v. *United States* (56 Cust. Ct. 284, C.D. 2639), the claim of the plaintiff was sustained.

**No. P68/66.**—The H. J. Ashe Co., Inc. *v.* United States, protests 67/36146, 67/36172, and 67/36180 (Los Angeles).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of batteries, classified as entireties with flashlights, similar in all material respects to those the subject of *Torch Mfg. Co., Inc.* v. *United States* (57 Cust. Ct. 521, C.D. 2863), wherein the court held that the flashlights and batteries were separate entities rather than an entirety and were separately dutiable, the claim of the plaintiff was sustained.